**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROMERO LOPEZ CORONADO,<br>Petitioner,<br>v.<br>WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | CASE NO. 5:26-cv-4241-SK<br>**ORDER GRANTING UNOPPOSED HABEAS PETITION** |

Romero Lopez Coronado petitions for release from ICE custody under 28 U.S.C. § 2241 following his arrest and detention. "Respondents are not presenting an opposition argument to the Petition at this time." (ECF 8). The Court thus construes the habeas petition as unopposed. So construed, the petition is GRANTED. Petitioner **Romero Lopez Coronado (A# 241-137-929)** is ordered released from ICE custody immediately on the terms of his most recent order of release before his arrest and detention. Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED: August 6, 2026

STEVE KIM
United States Magistrate Judge