JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ROMERO LOPEZ CORONADO,

Petitioner,

v.

WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

CASE NO. 5:26-cv-4241-SK

**JUDGMENT**

In accordance with the Order Granting Unopposed Habeas Petition, IT IS ADJUDGED that the petition under 28 U.S.C. § 2241 is granted with Petitioner **Romero Lopez Coronado (A# 241-137-929)** to be released from ICE custody immediately on the terms of his most recent order of release before his arrest and detention.

DATED: August 6, 2026

STEVE KIM
United States Magistrate Judge